STATE ex rel. J. N. D. WILSON, Guardian, v. H. M. HOUSTON,
Admr. and others.

### *Parties -- Action by Guardian.*

Where an action is brought by a guardian upon the bond of a former
  guardian, to which bond the plaintiff guardian is surety, it is necessary
  that the wards of the plaintiff shall be made parties plaintiff and a *pro-
  chein ami* appointed to protect their interests.

CIVIL ACTION, tried at Fall Term, 1876, of CABARRUS Su-
perior Court, before *Schenck, J.*
   The action was brought on a Guardian Bond executed by
the intestate of defendant, to which the plaintiff guardian
was one of the sureties.
   Before this action was commenced the plaintiff guardian
demanded of the defendant's intestate a settlement of the es-
tate of his wards, and asked that an account be taken, &c.
   The defendants demurred to the complaint and assigned
as cause :
   1. That plaintiff has not legal capacity to sue in this, that
he is the plaintiff in this action and one of the sureties of
the bond sued on.
   2. That there is a defect of parties, in this, that the wards
should be made parties plaintiff.

---

---

3. That the complaint does not state facts sufficient to constitute a cause of action, that a copy of the bond referred to is not appended thereto, and that no breach of said bond is assigned.

His Honor overruled the demurrer and the defendants appealed.

*Mr. W. J. Montgomery,* for plaintiff.
*Messrs. Wilson & Son,* for defendants.

READE, J.   The plaintiff guardian is one of the obligors in the bond sued on, it being the bond of a former guardian of the plaintiff's wards.   So that while the plaintiff is interested to effect a recovery for his wards, he is interested to defeat a recovery against himself or which may enure against himself.

This action could not be sustained at law; and even in equity where it might be sustained, it would be necessary to have the interests of the wards protected by a disinterested person other than the plaintiff guardian.

So much of the demurrer as raises this point is sustained. And the case is remanded, to the end that the wards may be made parties plaintiff and a *prochein ami* be appointed to protect their interests.

There is error.   Case will be remanded.   Costs in this Court will be paid by plaintiff.

PER CURIAM.　　　　　　　　　　Judgment accordingly.